UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>PERSON UNKNOWN IN SOCETY,<br><br>    Defendant. | Case No.: 3:19-CV-00691-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 3[1]) entered on February 4, 2020, recommending that the Court grant Thomas's Application for *In Forma Pauperis* (ECF No. 1), and the Complaint (ECF No. 1-1) be dismissed with prejudice. No objection to the Report and Recommendation has been filled.

  This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

IT IS HEREBY ORDERED that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 3) is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff Thomas's Application to Proceed *In Forma Pauperis* (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall file Thomas's Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the Complaint (ECF No. 1-1) is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated this 5th day of March, 2020.

_____
ROBERT C. JONES
United States District Judge